IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN and DONNA HULSMAN )
)
    Plaintiffs )    Civil Action No. 3:09-CV-521-HTW-LRA
)
v. )
)
BEHAVORIAL HEALTH )
SYSTEMS, INC. and BLUE AND )
BLUE SHIELD OF ALABAMA )
)
    Defendants )

## AGREED ORDER OF DISMISSAL

This matter is before the Court upon the agreement of all parties, through their undersigned counsel, that this action shall be dismissed, with prejudice, and the Court, having been advised that the parties have reached a complete resolution of this matter, hereby dismisses the action with prejudice, leaving the parties to bear only their own costs and fees incurred in connection herewith.

SO ORDERED, this the 19th day of November, 2009.

_____
JUDGE HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

SO AGREED:

s/ R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (7921)
BALCH & BINGHAM LLP
401 East Capitol Street, Suite 200
Jackson, MS 39201
Telephone: (601) 961-9900
Fax: (601) 961-4466
Attorney for Blue Cross and
Blue Shield of Alabama

s/ Louis H. Watson, Jr.
Louis H. Watson, Jr. (9053)
Louis H. Watson, Jr., P.A.
628 N. State Street
Jackson, MS 39202
Telephone: (601) 968-0000
Fax: (601) 968-0010

118329.1

Attorney for John and Donna Hulsman

s/ Jim Bullock
Jim Bullock (7509)
Shell, Bufford, PLLC
P. O. Box 157
Jackson, MS 39205-0157
Telephone: (601) 932-4118
Attorney for Behavioral Health Systems, Inc.